IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD EDWARD ANDERSON,<br><br>       Plaintiff,<br>  v.<br><br>SAFFRON FIELDS VINEYARD, LLC,<br><br>       Defendant. | Case No.: 3:23-cv-00890-AN<br><br>JUDGMENT |

Pursuant to plaintiff's Motion for Judgment, ECF [8], and this Court's Order,

It is adjudged that this case is DISMISSED with prejudice and without fees or costs to any party.

DATED this 8th day of March, 2024.

_____
Adrienne Nelson
United States District Judge

1